# FLYNN & WIETZKE,

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/17/2025\_\_

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

November 13, 2025

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: STEVEN DeGENNARO V. LONG ISLAND RAILROAD COMPANY
    25 Civ. 7367 (AT)

Dear Judge Torres:

   We represent plaintiff in the above-referenced matter and are writing to respectfully request that the initial conference submission and schedule which is currently due on November 14, 2025, be adjourned until defense counsel has answered. Defendant has filed a Waiver of Service and its Answer is not due until December 8, 2025. We ask that the initial pre-trial submission and proposed scheduling order be adjourned to a date thereafter.

Very truly yours,

Sean Constable

GRANTED. By **December 17, 2025**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

ANALISA TORRES
United States District Judge