UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN DeGENNARO,

                  Plaintiff,

          -against-

LONG ISLAND RAILROAD COMPANY,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026

25 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A case management conference is currently scheduled in this matter for April 20, 2026 at 10:00 a.m.  Because fact discovery is ongoing and will close on May 15, 2026, *see* ECF No. 18, the case management conference is ADJOURNED to **June 8, 2026** at **11:00 a.m.**

      SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge