Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Robert Free**
Acting President

**Haley St**
Vice Pres

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/2/2026__


**Long Island Rail Road**

June 1, 2026

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:      Steven DeGennaro vs. The Long Island Railroad Company
Docket No.:    25 CV 7367

Dear Judge Torres:

        In light of the recent extension to complete discovery, the parties respectfully request the conference currently scheduled for June 8, 2026, be adjourned accordingly.
        Thank you in advance for your courtesy and understanding.

Yours etc.,
Haley Stein, Esq.
Vice-President, General Counsel & Secretary

**By:** *Thomas L Chiofolo*
Thomas L. Chiofolo, Esq.

cc:     Flynn & Wietzke
        1205 Franklin Avenue, Suite 330
        Garden City, New York 11530

GRANTED.  The case management conference currently scheduled for June 8, 2026, is ADJOURNED to **August 17, 2026**, at **12:00 p.m.**  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

SO ORDERED.

Dated:  June 2, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge