USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN DeGENNARO,

Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

Defendant.

25 Civ. 7367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties were required to file a joint status report not later than one week in advance of the Case Management Conference. ECF No. 13 ¶ 16. Following the adjournment of the Case Management Conference to August 17, 2026, *see* ECF No. 23, the parties' joint status report was due August 10, 2026. The parties have failed to file a joint status report. The deadline for the joint status report is EXTENDED to **August 24, 2026.** The Case Management Conference is ADJOURNED to **September 1, 2026,** at **10:00 a.m.**

In addition, the parties were required to request a pre-motion conference on any anticipated motion for summary judgment, in writing, within 14 days of the close of fact discovery. *See* ECF No. 13 ¶ 8. Following the extension of the fact discovery deadline to July 27, 2026, such requests were due August 10, 2026. The deadline to request a pre-motion conference on motions for summary judgment is EXTENDED to **August 17, 2026.**

SO ORDERED.

Dated: August 12, 2026
New York, New York

ANALISA TORRES
United States District Judge